**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ARTHUR MARTINEZ,

Plaintiff,

v. No. 25-cv-1285-SMD-DLM

HARVEY PARKER, *et al.*,

Defendants.

**<u>FINAL JUDGMENT</u>**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED without prejudice**.

SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE